# EXHIBIT A


Page 1 of 1

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE |
|---|---|---|
| ▇▇▇▇-286 | SEE *NOTE* | $353.44 |

MS MARYANN OLSZEWSKI
2564 S 11TH ST
MILWAUKEE WI 53215

## Billing Summary

| | |
|---|---|
| Previous Balance 05/03/17 | $333.43 |
| No Payment Through 06/02/17 | $.00 |
| Late Payment Charge 06/02/17 | $2.73 |
| Balance As Of 06/02/17 | $336.16 |
| Current Energy Charges 06/02/17 | $17.28 |
| **Total Amount Due** | **$353.44** |

**Monthly Energy Usage** — This Year / Last Year


Electric Usage (kWh/day)


Electric Charges ($/day)

| | Usage/Day | Charges/Day | Avg Temp |
|---|---|---|---|
| Electric | .03 / .07 | $0.58 / $0.58 | 55F / 58F |

---

## Electric Service for 05/02/17 to 06/01/17 (30 Days) - 345 Heating Degree Days / 35 Cooling Degree Days

**Electricity**
Meter Number .................... ▇▇▇5484
Total
Estimated Reading on 06/01/17 ............ 1
Estimated Reading on 05/02/17 ............ 0
Total Electricity  1 kWh
Total Consumption for All Meters 1
Next Scheduled Meter Reading Date...... 06/30/17

**Current Electricity Charges**
General Secondary Service - CG1 30 Days
Facilities (30 days x $0.526020/days)............................................. $15.78
State Low-Income Assistance Fee................................................ $.48
Energy (1 kWh x $0.132820/kWh)................................................. $.13
Subtotal Electricity Charges $16.39
Sales Tax ($15.91 x 5.60%) ............................................................ $.89
**Total Electricity Charges $17.28**

---

## Messages

- ***Disconnection Notice*** Note - To avoid service disconnection, payment in full of all past due charges must be received in our office by 06/12/17 . Disconnection can take place after this date. Please see Disconnection Notice insert for important information. In addition, your current charges are due by 06/24/17 .

- **Credit Bureau Information**  We report to the credit bureau on a monthly basis. To avoid a negative report, please pay your bill in full by the due date.

- ***Payment Option***  For your convenience, We Energies offers a credit card payment option. Call 888-823-2943 for details. A convenience fee will be charged. Some restrictions may apply.

- **IMPORTANT INFORMATION**  THIS MONTH YOUR METER REGISTERED ZERO ENERGY USE. BECAUSE THIS IS NOT CONSISTENT WITH YOUR PAST ENERGY USE PATTERNS, WE ESTIMATED YOUR ENERGY USE THIS MONTH. WE WILL CONTINUE TO ESTIMATE YOUR USE UNTIL WE CAN DETERMINE IF YOUR METER IS WORKING PROPERLY. PLEASE CALL US EITHER TO SET UP AN APPOINTMENT TO INVESTIGATE YOUR METER, OR TO ADJUST YOUR BILL IF YOU BELIEVE THAT YOUR ENERGY USE SHOULD HAVE BEEN ZERO.

---

**Contact Us**
8-5:00 Monday-Friday
Customer Service: 1-800-714-7777
Electric Emergency: 1-800-662-4797
Web Site: www.we-energies.com

Please detach bottom portion and return with your payment made payable to We Energies. Please mail payment 7 days prior to due date.

---

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| ▇▇▇▇-286 | SEE *NOTE* | $353.44 | |

cyc: 005

**DISCONNECT NOTICE ENCLOSED**

MS MARYANN OLSZEWSKI
2564 S 11TH ST
MILWAUKEE WI 53215-3332

Case 2:17-cv-01471-DEJ   Filed 10/26/17   Page 2 of 3   Document 1-1




70   6889-715-286   04904

## Important Information

**General Information:** Retail rates for energy services are authorized and regulated by the public service commissions of Wisconsin and Michigan. Rate information is published and sent with bills once a year. However, information on all rates is available by request any time. You can either call us or visit our website for pricing information to verify the accuracy of your bill. You'll find a sample bill on our website to help you read and verify your bill.

We also offer programs and resources to help you use less energy. Visit our website or call us to learn more.

If you have a question or concern about your bill, please contact us before your energy bill is due. Our contact information is below.

**Meter Readings:** Meters are read manually or by automatic meter-reading technology on a regularly scheduled basis. For billing periods when meters are not read, estimates are based on past use and seasonal weather trends. Any difference between estimated and actual use is adjusted with your next meter reading. For manual reads and for safety concerns, please keep your meter and the surrounding area clear of snow, foliage and pets. You also can read your own meter and call us with the reading. Contact us for details.

**Credit Bureau Reporting:** We provide the Credit Bureau with information about your payment history. You can avoid late payment charges and protect your credit rating by making sure we receive your payment by the due date shown on this bill.

**Special Communication Service:** Telecommunications Relay Services allow customers with a hearing or speech disability to call 711 and contact us via a text telephone or other device.

## Understanding Your Bill — *Charges on your bill depend on your individual service choices.*

**Base Gas:** The fixed cost per therm that you pay for natural gas.

**Basic Distribution:** The charge for delivering natural gas from the gate station to your location.

**Budget Billing Settlement Balance:** The difference between your actual energy charges and the amount billed on your Budget Billing plan, including your most recent bill.

**ccf:** Equals 100 cubic feet and is the unit used to measure natural gas use through your meter.

**Customer Demand (kW):** The greatest amount of electricity supplied to you for any 15-minute interval during the last 12 months.

**Degree Days:** A measurement that reflects the effect of weather on your heating and cooling needs. Daily degree days are calculated by comparing the average daily temperature to 65°F.

**Delivery/Distribution Charge:** The charge for delivering electricity from our substation to your meter.

**Demand (kW):** The greatest amount of electricity supplied to you for any 15-minute interval during this billing period.

**Energy Charge:** The cost for the amount of energy you consumed based on a fixed rate per kilowatt-hour for electricity.

**Energy Optimization Charge:** Fee required by Michigan Public Act 295. The money is used to help customers with energy efficiency, load management and conservation projects.

**Facilities:** Your fixed service charge, whether or not you used any electricity or natural gas.

**Fuel Cost Adjustment (FCA):** When the cost of fuel used to generate electricity is higher or lower than the amount included in your base rate, the Public Service Commission of Wisconsin can authorize an adjustment. If our fuel costs were higher than expected, you will have an FCA charge on your bill. If our costs were less than expected, you will have an FCA credit.

**Heat Factor Adjustment:** The number of units of heat per 100 cubic feet of natural gas.

**kWh (kilowatt-hour):** Measure of electric consumption that is used to calculate your energy charges. One kilowatt-hour equals the amount of electricity used to light a 100-watt bulb for 10 hours or 1,000 watt hours.

**Late Payment Charge:** Amount added to your bill if your payment is received after the due date.

**On-peak/Off-peak:** For some rate categories, electric usage is billed at a higher rate when demand for electricity is high — during the day (on-peak), and at a lower rate when demand is low — evenings, weekends and holidays (off-peak).

**Power Supply Charges:** The charges for generating or purchasing electricity and transmitting it from the generation facility to our substation.

**Power Supply Cost Recovery (PSCR):** When the cost of fuel used to generate electricity is higher or lower than the amount included in your base rate, the Michigan Public Service Commission can authorize an adjustment. If our fuel costs were higher than expected, you will have a PSCR charge on your bill. If our costs were less than expected, you will have a PSCR credit.

**Pressure Factor:** A multiplier that is applied to your usage when standard pressure is not used.

**PGA (Purchased Gas Adjustment):** When our actual cost to purchase natural gas is higher or lower than the cost of base gas, we adjust your bill accordingly. If we paid more for the base gas you will receive a PGA charge. If we paid less, you will have a PGA credit.

**Renewable Energy Charge:** A fee required by Michigan Public Act 295. The money is used to pay for electricity generated from renewable energy sources.

**Renewable Grant Credit:** A credit related to the federal 1603 grant received based on the total economic investment of the company in the Rothschild renewable energy facility.

**State Low-Income Assistance Fee:** Fee required by Wisconsin state law. The money is sent to the Wisconsin Department of Administration for deposit into the Utility Public Benefits Fund to help fund low-income assistance programs.

**Therms:** Measurement of the heat energy in natural gas that is used to calculate your charges. The volume of natural gas in hundreds of cubic feet (ccf) multiplied by the heat factor (heat value of natural gas from a base of 1.0) equals your energy use

## Billing and Payment Options — *Call or visit us online to learn more.*

**Online Bill:** View and pay your bill online.

**Automatic Pay Plan:** Save time and money by automatically deducting your monthly payment from your bank account. Call us for an enrollment form, or enroll at our website.

**Budget Billing:** Spread your energy costs more evenly over a year.

**Credit/Debit Card Payments:** Pay your energy bill by credit/debit card 24 hours a day at 888-826-2943. A third-party convenience fee applies.

**Payment in Person:** Visit our website, or call us for a list of payment center locations near you. If you pay your bill at a payment center, make sure it is authorized to take We Energies payments. A third-party convenience fee may apply.

**Payment Arrangements:** When difficult circumstances arise that prevent you from paying your bill in full, please call us at 800-842-4565 to make a payment arrangement.

**Energy Assistance:** You may be eligible to receive funds to help pay your natural gas or electric heating bill. Please contact your county social service agency for information.

---

**Questions?**
Phone: 800-242-9137
Email: contactwe@mail.we-energies.com
Website: we-energies.com

**Mail payment to:**
We Energies
P.O. Box 90001
Milwaukee, WI 53290-0001

**Address correspondence to:**
We Energies
P.O. Box 2046
Milwaukee, WI 53201-2046

---

Please Return This Portion With Your Payment

NAME MUST APPEAR IN WINDOW OF RETURN ENVELOPE

We Energies

Case 2:17-cv-01471-DEJ   Filed 10/26/17   Page 3 of 3   Document 1-1