# Exhibit B



**Harris & Harris**
111 WEST JACKSON BOULEVARD, SUITE 400
CHICAGO, IL 60604-4135



OLSZEWSKI, MARYANN
2564 S 11TH ST
MILWAUKEE, WI 53215-3332

**COLLECTION NOTICE**

Date of Notice: August 31, 2017
Our Reference #: ████698
Creditor: WISCONSIN ELECTRIC POWER COMPANY/D/B/A WE ENERGIES

HARRIS & HARRIS OF ILLINOIS, LTD.
111 WEST JACKSON BOULEVARD, SUITE 400
CHICAGO, IL 60604-4135

**AMOUNT DUE: $304.36**

PAY THIS AMOUNT

---

**WISCONSIN ELECTRIC POWER COMPANY/D/B/A WE ENERGIES HAS PLACED YOUR ACCOUNT(S) FOR COLLECTION**

Dear Maryann Olszewski:

Harris & Harris of Illinois, Ltd., is a collection agency retained to collect your past due account(s) in the amount of $304.36 owed to WISCONSIN ELECTRIC POWER COMPANY/D/B/A WE ENERGIES. Please consider your options and contact us to resolve this matter. The service address(es) for this past due account(s) is listed below. Please note that our office reports some unpaid accounts to the credit bureaus.

**Convenient Payment Options Are Available**


Mail payment in
enclosed envelope


Pay online:
www.payharris.com


Call us:
(866)850-4919

Hours of Operation (EST): Monday/Tuesday/Friday: 8:00am-5:00pm, Wednesday-Thursday: 8:00am-6:00pm

**FEDERAL LAW**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

| Creditor: WISCONSIN ELECTRIC POWER COMPANY/D/B/A WE ENERGIES | Our Reference #: ████698 | Total Amount Due: $304.36 |
|---|---|---|
| Service Address | Creditor's Account Number | Balance |
| 2564 S 11TH ST | ████286 | $304.36 |

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction.

**Notice: See Reverse Side for Important Information**
This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector. Harris & Harris of Illinois, Ltd. is a collection agency.

31577698~2203 • Harris & Harris of Illinois, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135, (866)850-4919 • UTL1CR   809772 00000834

Page 1 of 1

**isconsin Residents:**
is collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions,
vw.wdfi.org.

**ectronic Payment Authorization.** By (1) calling Harris & Harris of Illinois, Ltd. at (866)850-4919 or taking a call from us; (2) ecifying the amounts and dates of payments you would like to make; (3) identifying the deposit account of yours you wish to e for making payments; and (4) electronically signing this Authorization, you authorize us to initiate payments from your count in the amounts and on the dates that you specify. You also authorize us to resubmit any unsuccessful payment or correct y erroneous payment. You understand that your bank may charge a fee for any unsuccessful payment and that we have no bility for any such fee. You may cancel this Authorization by calling us at (866)850-4919 or writing us at least three business ys before you wish the cancellation to be effective. This Authorization in no way limits any right you may have under federal v to stop payment of a preauthorized electronic fund transfer by contacting your financial institution.